U.S. POSTAGE
$5.11
FCMF    0000
Orig: 72601
Dest: 94102    6W    0000
07/06/22    02
2000053031
R2305K1321O5



CPU

RECEIVED
JUL 11 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

U.S. District Court, N.D. CA
450 Golden Gate Ave.
San Fransisco, CA 94102

David Stebbins
123 W Ridge Ave.
Apt D
Harrison, AR 72601

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7021 2720 0000 2260 0434