David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                          PLAINTIFF

VS.                          Case 3:22-cv-04082-AGT

JOHN DOE, d.b.a. "CMDR IMPERIALSALT" & "ZELLZANDER"          DEFENDANTS

### RESPONSE TO [4] CLERK'S ORDER TO FILE AO 121

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following response to the Clerk's Order to Submit an AO 121 in the above-styled action.

1. The requested form is being attached as Exhibit A.

2. There is currently no registration number for the copyright. That is because I am filing pre-registration pursuant to the limited exemption set forth in 17 USC § 411(c). See ¶ 9 of the Complaint (Dkt. 1) for details.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com