Jarrod Jones
1850 W Orangethorpe Ave
Fullerton, California, 92833
(714) 497-0035
jarrod@stangranch.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

David Stebbins

         Plaintiff,

vs.

Jarrod Jones

         Defendant

Case No.: 22-cv-04082-AGT

MOTION TO SET ASIDE DEFAULT JUDGMENT

## MOTION TO SET ASIDE DEFAULT JUDGMENT

Comes now pro se Jarrod Jones, the Defendant in the above-entitled action, and hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 55(c), to set aside the default judgment entered against the Defendant on March 27th, 2024, for the following reasons:

1. The Defendant was made aware of the default judgment on Tuesday, April 2nd, 2024, at 6:01 PM PDT through both a phone call and text message from my disgruntled parent at address that I lived at previously.

2. I, Jarrod Jones, the Defendant moved to quickly figure out how to respond or make myself known within the case to prevent a default judgment. I am, however, too poor to afford proper counsel and am working diligently to find a Pro Bono service for assistance.

3. Due to mental instability while the case is ongoing, the Defendant, is impaired from making immediate decisions without follow-through. In fear that, Plaintiff, with information gathered from Google may get the idea to somehow locate, apprehend, torture and murder the defendant over this copyright case even if the Plaintiff is victorious.

4. The Defendant was not properly served with the summons and complaint in this action, and thus was not aware of the pending lawsuit.

5. Due to spam received, the ones with less than decently clothed women in tantalizing positions, from the @yahoo.com domain I had placed a block on that domain in my Gmail accounts.

6. My Gmail accounts are not my main email addresses and only exist out of necessity due to my use of Google's services, I do not check these emails. Important emails from Google are redirected from my Gmail accounts to my main email address, listed at the top of this document.

MOTION TO SET ASIDE DEFAULT JUDGMENT - 1

7. Plaintiff withheld valuable information related to the 'zellzander@gmail.com' email, whether the plaintiff was negligent, or purposefully withholding information from the court; that email in question has been disabled/deleted since August 2022.

8. Plaintiff relies on disinterested third party services, Spokeo and BeenVerified in this case, and blindly believes all reported information is fact and does not bother to research further into whether or not the information provided is accurate, in fact in a few simple google searches the plaintiff could reliably get my primary email address, instead the plaintiff opts for the simpler route of reliance on inaccurate disinterested third party services, much like writing an essay for a university course and only using a website like Wikipedia that oft gets vandalized by passing users, and most information shared is potentially inaccurate and/or unreliable.

9. In response to my lack of appearance to be served on roughly June 30th, 2023, I have reviewed the case up to current. I'd experienced a falling out with my parent, and in a last-ditch effort to get a roof over my head I asked a friend of mine, who lives at the address at the top of the document if I could crash at his place. I was never informed of the attempt of service, nor did I see it fit or within my bounds of comfort to inform my parent of the address I had relocated to in California. If not for that fallout, I would've been present, at the time, to accept service and enter the case earlier than currant.

10. Many of the emails listed in the plaintiff's improper proof of service are not mine, nor have I ever seen them, plaintiff should have submitted a proper proof of service, according to both Cal. Code Regs. Tit. 1, § 1008, and CCP § 1013a.

11. Plaintiff has been previously caught outright lying to the court, Stebbins v. Google LLC, 3:23-cv-00322, docket entry #79, albeit caught forging the dates in relation to a court order to delete recordings, I would not see it as farfetched for the plaintiff to have fabricated the screenshot of the email sent, with addresses listed and NOT hit send; to cite, Stebbins v. Polano, No. 4:21-cv-04184-JSW (N.D. Cal. Filed June 2, 2021), Dkt. 134 at 1. "the Court does not endorse Plaintiff's efforts to manipulate the litigation process and his blatant gamesmanship."

WHEREFORE, Defendant respectfully requests that this Honorable Court set aside the default judgment entered against the Defendant and allow the Defendant to defend in this case of conclusionary statements and lack of facts.

Respectfully submitted,



Pro Se Litigant

MOTION TO SET ASIDE DEFAULT JUDGMENT - 2