UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>        Plaintiff,<br><br>    v.<br><br>JARROD JONES,<br><br>        Defendant. | Case No. 22-cv-04082-AGT<br><br>**ORDER TO TRANSFER VENUE** |

The Clerk of the Court shall transfer this case to the United States District Court, Central District of California. Venue in the Central District is appropriate; it is the "judicial district in which [the] defendant resides." 28 U.S.C. § 1391(b)(1). The Central District is also the more convenient district. *See* 28 U.S.C. § 1404(a). Defendant is located in the Central District; no party or witness is located in the Northern District of California.

**IT IS SO ORDERED.**

Dated: July 3, 2024

_____
Alex G. Tse
United States Magistrate Judge