ADRMOP,AO279,CLOSED,E−ProSe,ProSe,TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:22−cv−04082−AGT

| | |
|---|---|
| Stebbins v. CMDR ImperialSalt et al | Date Filed: 07/11/2022 |
| Assigned to: Magistrate Judge Alex G. Tse | Date Terminated: 07/03/2024 |
| Demand: $150,000 | Jury Demand: Defendant |
| Cause: 17:501 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**David A. Stebbins**                    represented by    **David A. Stebbins**
                                                           123 W. Ridge Ave.,
                                                           APT D
                                                           Harrison, AR 72601
                                                           (870) 212−4947
                                                           Email: acerthorn@yahoo.com
                                                           PRO SE

V.

**Defendant**

**Jarrod Jones**                         represented by    **Jarrod Jones**
                                                           1850 W Orangethorpe
                                                           Ste Space 80d
                                                           Fullerton, CA 92833
                                                           562−205−5054
                                                           Email: jarrod@stangranch.com
                                                           PRO SE

**Counter−claimant**

**Jarrod Jones**                         represented by    **Jarrod Jones**
                                                           PRO SE

V.

**Counter−defendant**

**David A. Stebbins**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2022 | Ï 1 | COMPLAINT against CMDR ImperialSalt, ZellZander. IFPP. No Process. Filed by David Stebbins. Consent/Declination due by 7/25/2022. (Attachments: # 1 Civil Cover Sheet, # 2 Envelope)(wsn, COURT STAFF) (Filed on 7/11/2022) (Entered: 07/12/2022) |
| 07/11/2022 | Ï 2 | MOTION for Leave to Proceed in forma pauperis filed by David Stebbins. (wsn, COURT STAFF) (Filed on 7/11/2022) (Entered: 07/12/2022) |

| 07/12/2022 | Ï 3 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 10/7/2022. Initial Case Management Conference set for 10/14/2022 at 2:00 PM in San Francisco, Courtroom A, 15th Floor. (wsn, COURT STAFF) (Filed on 7/12/2022) (Entered: 07/12/2022)** |
|---|---|---|
| 07/12/2022 | Ï 4 | CLERK'S NOTICE REGARDING THE FILING OF AN ACTION REGARDING A COPYRIGHT. The provisions of 17 U.S.C. 508 require the submission of a report to the Register of Copyrights. Please e−file a proposed Report on the Filing or Determination of an Action or Appeal Regarding a Copyright form AO 121 using the event *Civil Events, Other Filings Notices, Notice (Other)*, within fourteen days of this notice.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.) A paper copy of this notice was mailed to the Plaintiff.* (wsn, COURT STAFF) (Filed on 7/12/2022)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 07/12/2022) |
| 07/13/2022 | Ï 5 | Emergency MOTION Issuance of Subpoena Duces Tecum re 2 MOTION for Leave to Proceed in forma pauperis, 1 Complaint filed by David A. Stebbins. Motion Hearing set for 8/19/2022 10:00 AM in Oakland, − Telephonic Only before Magistrate Judge Alex G. Tse. Responses due by 7/27/2022. Replies due by 8/3/2022. (Attachments: # 1 Exhibit Exhibit A (DMCA Takedown Notice), # 2 Exhibit Exhibit B (Proposed Subpoena), # 3 Exhibit Exhibit C (Declaration), # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H)(Stebbins, David) (Filed on 7/13/2022) (Entered: 07/13/2022) |
| 07/13/2022 | Ï 6 | RESPONSE TO ORDER TO SHOW CAUSE by David A. Stebbins *004 Order to Submit AO 121*. (Attachments: # 1 Exhibit Exhibit A)(Stebbins, David) (Filed on 7/13/2022) (Entered: 07/13/2022) |
| 07/13/2022 | Ï | Electronic filing error. Incorrect event used. [err101] The correct event is: Civil Events > Other Filings > Other Documents > Copyright. This filing will not be proc essed by the clerks office. Please re−file in its entirety.<br><br>Re: 6 Response to Order to Show Cause filed by David A. Stebbins (anj, COURT STAFF) (Filed on 7/13/2022) (Entered: 07/14/2022) |
| 07/14/2022 | Ï 7 | REPORT on the filing or determination of an action regarding (cc: form mailed to register). (Attachments: # 1 Exhibit Exhibit A)(Stebbins, David) (Filed on 7/14/2022) (Entered: 07/14/2022) |
| 08/18/2022 | Ï 8 | CLERK'S NOTICE: The parties are hereby notified that the hearing on 5 Plaintiff's motion for issuance of subpoena is vacated and removed from Magistrate Judge Alex G. Tse's 8/19/2022 calendar. The Court shall issue an order ruling on the motion, based on the papers. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (shy, COURT STAFF) (Filed on 8/18/2022) (Entered: 08/18/2022) |
| 08/23/2022 | Ï 9 | REPORT on the filing or determination of an action regarding *Copyright* (cc: form mailed to register). (Attachments: # 1 Supplement Renewed AO121)(Stebbins, David) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 09/19/2022 | Ï 10 | CLERK'S NOTICE TO PLAINTIFF Re: Consent or Declination. Plaintiff shall file a consent or declination to proceed before a magistrate judge by 10/3/2022. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. (shy, COURT STAFF) (Filed on 9/19/2022) (Entered: 09/19/2022) |
| 09/19/2022 | Ï 11 | |

| | | CLERKS NOTICE REGARDING CASE MANAGEMENT CONFERENCE LOCATION: The case management conference, which is set for 10/14/2022 at 2:00 PM before Magistrate Judge Alex G. Tse, will be held via a Zoom video conference webinar. |
|---|---|---|
| | | **Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/agt |
| | | **General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. |
| | | **Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. |
| | | *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (shy, COURT STAFF) (Filed on 9/19/2022) Modified on 9/20/2022 (anj, COURT STAFF). (Entered: 09/19/2022) |
| 09/23/2022 | 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by David A. Stebbins.. (Stebbins, David) (Filed on 9/23/2022) (Entered: 09/23/2022) |
| 10/07/2022 | 13 | CLERK'S NOTICE: The parties are hereby notified that the case management conference is vacated and removed from Magistrate Judge Alex G. Tse's 10/14/2022 calendar. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (shy, COURT STAFF) (Filed on 10/7/2022) (Entered: 10/07/2022) |
| 11/08/2022 | 14 | NOTICE of submitted matters by David A. Stebbins re 2 MOTION for Leave to Proceed in forma pauperis (Stebbins, David) (Filed on 11/8/2022) Modified on 11/8/2022 (anj, COURT STAFF). (Entered: 11/08/2022) |
| 11/14/2022 | 15 | **ORDER Granting IFP Application and Directing Issuance of Subpoena by Magistrate Judge Alex G. Tse: granting 5 Motion ; granting 2 Application. (shy, COURT STAFF) (Filed on 11/14/2022)** <br><br> Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br><br> **(Entered: 11/14/2022)** |
| 11/16/2022 | 16 | **ORDER by Magistrate Judge Alex G. Tse directing plaintiff to provide the Court with a valid address for service of the subpoena on Youtube, LLC.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(agtlc2, COURT STAFF) (Filed on 11/16/2022) (Entered: 11/16/2022)** |
| 11/16/2022 | 17 | RESPONSE re 16 Order, by David A. Stebbins. (Attachments: # 1 Exhibit A)(Stebbins, David) (Filed on 11/16/2022) (Entered: 11/16/2022) |
| 11/16/2022 | 18 | USM285 and Subpoena given to S.F. Marshall's for service of Subpoena. (anj, COURT STAFF) (Filed on 11/16/2022) (Entered: 11/16/2022) |
| 12/01/2022 | 19 | NOTICE of progress of service of Subpoena by David A. Stebbins re 15 Order on Motion for Miscellaneous Relief, Order on Motion for Leave to Proceed in forma pauperis, (Stebbins, David) (Filed on 12/1/2022) Modified on 12/1/2022 (anj, COURT STAFF). (Entered: 12/01/2022) |
| 12/07/2022 | 20 | ACKNOWLEDGEMENT OF RECEIPT FOR SERVICE as to 18 . (anj, COURT STAFF) (Filed on 12/7/2022) (Entered: 12/07/2022) |
| 12/15/2022 | 21 | |

| | | |
|---|---|---|
| | | Notice of efforts to secure Defendant's Identifying Information by David A. Stebbins re 15 Order on Motion for Miscellaneous Relief, Order on Motion for Leave to Proceed in forma pauperis, (Attachments: # 1 Exhibit A)(Stebbins, David) (Filed on 12/15/2022) Modified on 12/16/2022 (anj, COURT STAFF). (Entered: 12/15/2022) |
| 12/19/2022 | 22 | Third Notice of efforts to obtain Defendant's Identifying Information by David A. Stebbins re 16 Order, *Notice of Efforts to Obtain Defendant's Identifying Information* (Attachments: # 1 Exhibit A)(Stebbins, David) (Filed on 12/19/2022) Modified on 12/20/2022 (anj, COURT STAFF). (Entered: 12/19/2022) |
| 01/04/2023 | 23 | NOTICE by David A. Stebbins re 18 Remark, 15 Order on Motion for Miscellaneous Relief,, Order on Motion for Leave to Proceed in forma pauperis, *Update to Defendant's Identity* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Exhibit Exhibit K, # 12 Exhibit Exhibit L, # 13 Exhibit Exhibit M, # 14 Exhibit Exhibit N, # 15 Exhibit Exhibit O, # 16 Exhibit Exhibit P, # 17 Exhibit Exhibit Q, # 18 Exhibit Exhibit R, # 19 Exhibit Exhibit S)(Stebbins, David) (Filed on 1/4/2023) (Entered: 01/04/2023) |
| 01/06/2023 | 24 | SUMMONS Returned Executed by US Marshalls as to CMDR ImperialSalt served on 12/12/2022, answer due 1/3/2023; ZellZander served on 12/12/2022, answer due 1/3/2023. (anj, COURT STAFF) (Filed on 1/6/2023) Modified on 1/9/2023 (anj, COURT STAFF). (Entered: 01/09/2023) |
| 05/05/2023 | 25 | NOTICE of Submitted Matters by David A. Stebbins re 23 Notice (Other) *Service of Process* (Stebbins, David) (Filed on 5/5/2023) Modified on 5/8/2023 (jrs, COURT STAFF). (Entered: 05/05/2023) |
| 05/12/2023 | 26 | **ORDER RE: Service of Process by Magistrate Judge Alex G. Tse. (shy, COURT STAFF) (Filed on 5/12/2023) (Entered: 05/12/2023)** |
| 05/17/2023 | 27 | Summons Issued as to Jarrod Jones. (jrs, COURT STAFF) (Filed on 5/17/2023) (Entered: 05/17/2023) |
| 06/02/2023 | 28 | USM−285, Summons, Complaint, Order of Service sent to S.F. Marshals Re: Service on Jarrod Jones. (Attachments: # 1 Summons)(cjl, COURT STAFF) (Filed on 6/2/2023) (Entered: 06/02/2023) |
| 06/30/2023 | 29 | ACKNOWLEDGEMENT OF SERVICE Executed as to 26 Order. (jrs, COURT STAFF) (Filed on 6/30/2023) (Entered: 06/30/2023) |
| 09/11/2023 | 30 | MOTION for Leave to File *Service of Process by Email* filed by David A. Stebbins. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order Granting)(Stebbins, David) (Filed on 9/11/2023) (Entered: 09/11/2023) |
| 09/13/2023 | 31 | Summons Returned by U.S. Marshalls Unexecuted as to Jarrod Jones. (anj, COURT STAFF) (Filed on 9/13/2023) (Entered: 09/13/2023) |
| 01/11/2024 | 32 | Notice of Submitted Matters re 30 MOTION for Leave to File Service of Process by Email by David A. Stebbins. (Stebbins, David) (Filed on 1/11/2024) Modified on 1/12/2024 (cjl, COURT STAFF). (Entered: 01/11/2024) |
| 01/11/2024 | 33 | Notice of Submitted Matters re 30 MOTION for Leave to File Service of Process by Email by David A. Stebbins. (Stebbins, David) (Filed on 1/11/2024) Modified on 1/12/2024 (cjl, COURT STAFF). (Entered: 01/11/2024) |
| 03/01/2024 | 34 | **ORDER on Motion to Serve Process by Email by Magistrate Judge Alex G. Tse: granting 30 Motion for Leave to File. (shy, COURT STAFF) (Filed on 3/1/2024) (Entered: 03/01/2024)** |

| | | |
|---|---|---|
| 03/01/2024 | 35 | SERVICE by Publication filed by David A. Stebbins. Last publication date 03/1/2024. , SUMMONS Returned Executed by David A. Stebbins. All Defendants. , CERTIFICATE OF SERVICE by David A. Stebbins re 27 Summons Issued, 1 Complaint, 34 Order on Motion for Leave to File , AFFIDAVIT of Service for Summons, Complaint, & Order served on All Defendants on 03/01/2024, filed by David A. Stebbins. (Attachments: # 1 Exhibit A)(Stebbins, David) (Filed on 3/1/2024) (Entered: 03/01/2024) |
| 03/26/2024 | 36 | MOTION for Entry of Default filed by David A. Stebbins. (Stebbins, David) (Filed on 3/26/2024) (Entered: 03/26/2024) |
| 03/27/2024 | 37 | Clerk's Notice of ENTRY OF DEFAULT as to Defendant Jarrod Jones. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (Related documents(s) 36 )(kmm2, COURT STAFF) (Filed on 3/27/2024) <hr/> Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br/> (Entered: 03/27/2024) |
| 03/27/2024 | 38 | First MOTION for Default Judgment by the Court as to *Jarrod Jones* filed by David A. Stebbins. Motion for Default Judgment Hearing set for 4/26/2024 02:00 PM in San Francisco, − Videoconference Only before Magistrate Judge Alex G. Tse. Responses due by 4/10/2024. Replies due by 4/17/2024. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Supplement Memorandum in Support)(Stebbins, David) (Filed on 3/27/2024) (Entered: 03/27/2024) |
| 04/10/2024 | 39 | First MOTION for Leave to Proceed in forma pauperis filed by Jarrod Jones. (Jones, Jarrod) (Filed on 4/10/2024) (Entered: 04/10/2024) |
| 04/10/2024 | 40 | OPPOSITION/RESPONSE (re 38 First MOTION for Default Judgment by the Court as to *Jarrod Jones* ) filed byJarrod Jones. (Jones, Jarrod) (Filed on 4/10/2024) (Entered: 04/10/2024) |
| 04/10/2024 | | Electronic filing error. Incorrect event used. [err101] Re: 40 Opposition/Response to Motion filed by Jarrod Jones <br/> Please re−file in its entirety using the following filing event: <br/> Civil Events −−> Initial Pleadings and Service −−> Answers to Complaints (kmm2, COURT STAFF) (Filed on 4/10/2024) (Entered: 04/10/2024) |
| 04/10/2024 | 41 | ANSWER to Complaint , COUNTERCLAIM against All Plaintiffs by Jarrod Jones. (Jones, Jarrod) (Filed on 4/10/2024) (Entered: 04/10/2024) |
| 04/10/2024 | 42 | MOTION to Strike 40 Opposition/Response to Motion, 39 First MOTION for Leave to Proceed in forma pauperis , 41 Answer to Complaint, Counterclaim , MOTION for More Definite Statement *Regarding Answer to Complaint & Counterlcaim*, MOTION Strike Answer to Complaint or in the alternative to Deny Motion to Set Aside Entry of Default re 40 Opposition/Response to Motion, 39 First MOTION for Leave to Proceed in forma pauperis , 41 Answer to Complaint, Counterclaim filed by David A. Stebbins. Motion Hearing set for 5/10/2024 02:00 PM in San Francisco, − Videoconference Only before Magistrate Judge Alex G. Tse. Responses due by 4/24/2024. Replies due by 5/1/2024. (Stebbins, David) (Filed on 4/10/2024) (Entered: 04/10/2024) |
| 04/10/2024 | 43 | MOTION for Hearing re 39 First MOTION for Leave to Proceed in forma pauperis , MOTION Investigate Defendant's Financial Status re 39 First MOTION for Leave to Proceed in forma pauperis filed by David A. Stebbins. Motion Hearing set for 5/10/2024 02:00 PM in San Francisco, − Videoconference Only before Magistrate Judge Alex G. Tse. Responses due by 4/24/2024. Replies due by 5/1/2024. (Stebbins, David) (Filed on 4/10/2024) (Entered: 04/10/2024) |
| 04/15/2024 | 44 | |

| | | |
|---|---|---|
| | | **ORDER (I) Denying IFP Motion, (II) Denying Motion to Investigate, (III) Granting Motion to Strike by Magistrate Judge Alex G. Tse: denying 39 Motion; granting 42 Motion; and denying 43 Motion. (shy, COURT STAFF) (Filed on 4/15/2024)** |
| | | *Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)* |
| | | **(Entered: 04/15/2024)** |
| 05/03/2024 | 45 | MOTION to Set Aside Default filed by Jarrod Jones. Motion Hearing set for 6/7/2024 02:00 PM in San Francisco, – Videoconference Only before Magistrate Judge Alex G. Tse. Responses due by 5/17/2024. Replies due by 5/24/2024. (Jones, Jarrod) (Filed on 5/3/2024) (Entered: 05/03/2024) |
| 05/03/2024 | 46 | MOTION for Hearing re 45 MOTION to Set Aside Default , 38 First MOTION for Default Judgment by the Court as to *Jarrod Jones* filed by David A. Stebbins. (Attachments: # 1 Proposed Order)(Stebbins, David) (Filed on 5/3/2024) (Entered: 05/03/2024) |
| 05/16/2024 | 47 | OPPOSITION/RESPONSE (re 45 Motion to Set Aside Default ) filed byDavid A. Stebbins. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit C, Sub–Exhibit 1, # 5 Exhibit C, Sub–Exhibit 2, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F)(Stebbins, David) (Filed on 5/16/2024) (Entered: 05/16/2024) |
| 05/22/2024 | 48 | **ORDER SETTING ASIDE DEFAULT re Denying 38 Motion for Default Judgment; Granting 45 Motion to Set Aside Default; Denying 46 Motion for Hearing. Signed by Judge Alex G. Tse on 5/22/2024. Replies due by 6/12/2024. (jlg, COURT STAFF) (Filed on 5/22/2024)** |
| | | *Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)* |
| | | **(Entered: 05/22/2024)** |
| 05/23/2024 | 49 | CLERK'S NOTICE TO DEFENDANT Re: Consent or Declination. Defendant shall file a consent or declination to proceed before a magistrate judge by 6/6/2024. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. (shy, COURT STAFF) (Filed on 5/23/2024) (Entered: 05/23/2024) |
| 06/06/2024 | 50 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Jarrod Jones.. (Jones, Jarrod) (Filed on 6/6/2024) (Entered: 06/06/2024) |
| 06/12/2024 | 51 | *** DISREGARD, Corrected at Docket 57 ***<br>ANSWER to Complaint with Jury Demand , First COUNTERCLAIM against All Plaintiffs by Jarrod Jones. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Jones, Jarrod) (Filed on 6/12/2024) Modified on 6/14/2024 (kmm2, COURT STAFF). (Entered: 06/12/2024) |
| 06/12/2024 | 52 | EXHIBITS re 51 Answer to Complaint,, Counterclaim, *AMENDED EXHIBIT D* filed byJarrod Jones. (Related document(s) 51 ) (Jones, Jarrod) (Filed on 6/12/2024) (Entered: 06/12/2024) |
| 06/12/2024 | 53 | EXHIBITS re 52 Exhibits, 51 Answer to Complaint,, Counterclaim, *SECOND AMENDED EXHIBIT D* filed byJarrod Jones. (Related document(s) 52 , 51 ) (Jones, Jarrod) (Filed on 6/12/2024) (Entered: 06/12/2024) |
| 06/12/2024 | 54 | MOTION to Strike (Re 51 Answer to Complaint, Counterclaim) or in the Alternative for Partial Judgment on the Pleadings filed by David A. Stebbins. Motion Hearing set for 7/12/2024 02:00 PM before Magistrate Judge Alex G. Tse. Responses due by 6/26/2024. Replies due by 7/3/2024. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Stebbins, David) (Filed on 6/12/2024) Modified on |

| | | 6/13/2024 (kmm2, COURT STAFF). (Entered: 06/12/2024) |
|---|---|---|
| 06/12/2024 | 55 | MOTION for Partial Summary Judgment *as to the issue of liability for copyright infringement* filed by David A. Stebbins. Motion Hearing set for 7/12/2024 02:00 PM in San Francisco, – Videoconference Only before Magistrate Judge Alex G. Tse. Responses due by 6/26/2024. Replies due by 7/3/2024. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Stebbins, David) (Filed on 6/12/2024) (Entered: 06/12/2024) |
| 06/12/2024 | 56 | MOTION to set Scheduling Order filed by David A. Stebbins. Motion Hearing set for 7/12/2024 02:00 PM in San Francisco, – Videoconference Only before Magistrate Judge Alex G. Tse. Responses due by 6/26/2024. Replies due by 7/3/2024. (Stebbins, David) (Filed on 6/12/2024) (Entered: 06/12/2024) |
| 06/13/2024 | | Electronic filing error. CAPTION PAGE INCOMPLETE [err102] Add Names of Plaintiff and Defendant on First Page; Please re–file in its entirety. Re: 51 Answer to Complaint, Counterclaim, filed by Jarrod Jones (kmm2, COURT STAFF) (Filed on 6/13/2024) (Entered: 06/13/2024) |
| 06/13/2024 | | Electronic filing error. CAPTION PAGE REQUIRED [err102]No title Page. Exhibits and Proofs of Service e–filed separately, not as attachments to a main document, require a title page. Please refer to Civil Local Rule 3–4 re first page requirements.<br>Please re–file in its entirety. Re: 52 Exhibits filed by Jarrod Jones, 53 Exhibits filed by Jarrod Jones (kmm2, COURT STAFF) (Filed on 6/13/2024) (Entered: 06/13/2024) |
| 06/13/2024 | 57 | ANSWER to Complaint with Jury Demand , First COUNTERCLAIM against All Plaintiffs *(Corrected)* by Jarrod Jones. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Jones, Jarrod) (Filed on 6/13/2024) Modified on 6/14/2024 (kmm2, COURT STAFF). (Entered: 06/13/2024) |
| 06/19/2024 | 58 | ANSWER TO COUNTERCLAIM 57 Answer to Complaint,, Counterclaim, by David A. Stebbins. (Stebbins, David) (Filed on 6/19/2024) (Entered: 06/19/2024) |
| 06/26/2024 | 59 | RESPONSE (re 55 MOTION for Partial Summary Judgment *as to the issue of liability for copyright infringement*, 54 MOTION to Strike (Re 51 Answer to Complaint, Counterclaim) or in the Alternative for Partial Judgment on the Pleadings MOTION for Judgment on the Pleadings *Partial Judgment on the Pleadings*, 56 MOTION to set Scheduling Order ) filed byJarrod Jones. (Jones, Jarrod) (Filed on 6/26/2024) Modified on 6/27/2024 (kmm2, COURT STAFF). (Entered: 06/26/2024) |
| 06/26/2024 | 60 | MOTION for Sanctions filed by Jarrod Jones. Responses due by 7/10/2024. Replies due by 7/17/2024. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Jones, Jarrod) (Filed on 6/26/2024) (Entered: 06/26/2024) |
| 06/28/2024 | 61 | REPLY (re 55 MOTION for Partial Summary Judgment *as to the issue of liability for copyright infringement*, 54 MOTION to Strike (Re 51 Answer to Complaint, Counterclaim) or in the Alternative for Partial Judgment on the Pleadings MOTION for Judgment on the Pleadings *Partial Judgment on the Pleadings* ) filed byDavid A. Stebbins. (Stebbins, David) (Filed on 6/28/2024) (Entered: 06/28/2024) |
| 06/28/2024 | 62 | OPPOSITION/RESPONSE (re 60 MOTION for Sanctions ) filed byDavid A. Stebbins. (Stebbins, David) (Filed on 6/28/2024) (Entered: 06/28/2024) |
| 07/03/2024 | 63 | First MOTION for Sanctions *in response to Dkt. 51, Answer to Complaint* filed by David A. Stebbins. Motion Hearing set for 8/2/2024 02:00 PM in San Francisco, – Videoconference Only before Magistrate Judge Alex G. Tse. Responses due by 7/17/2024. Replies due by 7/24/2024. (Attachments: # 1 Exhibit A)(Stebbins, David) (Filed on 7/3/2024) (Entered: 07/03/2024) |
| 07/03/2024 | 64 | |

**ORDER to Transfer Venue by Magistrate Judge Alex G. Tse, \*\*\*Civil Case Terminated. (shy, COURT STAFF) (Filed on 7/3/2024) (Entered: 07/03/2024)**