UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 8:24-cv-01486-JVS-KES | Date: | July 25, 2024 |
| --- | --- | --- | --- |

Title: **_David A. Stebbins v. CMDR ImperialSalt, et al._**

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | N/A |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| David A. Stebbins, Pro Se | Jarrod Jones, Pro Se |

**Proceedings:     SETTLEMENT CONFERENCE – SETTLEMENT REACHED**

A settlement was reached in this case.  The Court sets the terms of the settlement on the record as follows and to which both parties agreed:

• Defendant Jarrod Jones ("Defendant" or "Mr. Jones") as a limited agent of Plaintiff David A. Stebbins ("Plaintiff" or "Mr. Stebbins") for the sole purpose of submitting a takedown notice of the video at issue, including all re-postings of the video.

• Defendant will execute a declaration under penalty of perjury stating that, excluding his single vehicle, he does not have assets worth more than $5,000 as of August 5, 2024.

• Defendant must make all reasonable efforts to cooperate with Plaintiff in confirming his net worth over the next 6 months (to be calculated from July 25, 2024).

• If it is determined that Defendant's net worth exceeds $6,000 excluding his car, Defendant will be liable under a liquidated damages provision where Defendant will be pay Plaintiff $10,000, payable over 2 years at a rate to be agreed to by the parties.

• Defendant shall make $100 payments over the next 18 months, totaling $1,800. Defendant shall pay Plaintiff $100 by the 5th of each month unless the parties agree to another schedule or deadline.  Defendant must make his first payment to Plaintiff no later than September 5, 2024

• Each party will bear their own costs and fees.

• There is no admission of wrongdoing by the parties.

• This matter will be administratively closed.

• Upon receipt of the final payment, Plaintiff will file a document to dismiss the action with prejudice.

• The Court retains jurisdiction over enforcement of this settlement agreement.

• The settlement involves mutual releases for all claims, known or unknown, that could or should have been brought in this matter between the parties.

**IT IS SO ORDERED**