**F I L E D**
CLERK, U.S. DISTRICT COURT

07/31/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IGU _____ DEPUTY

Jarrod Jones
1850 W Orangethorpe Ave
Fullerton, California, 92833
(714) 497-0035
jarrod@stangranch.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

       Plaintiff,

vs.

JARROD JONES,

       Defendant

Case No.: 8:24-cv-01486-JVS-KES

RESPONSE TO MOTION TO LIQUIDATE ASSETS

Comes now, Jarrod Jones, Pro se.

I approach the court absolutely flabbergasted and bamboozled at the Plaintiff's inability to adhere to and be patient enough to follow the court ordered settlement agreement. I thought I had six months, not a few days to work with plaintiff to determine my net worth. I have recently acquired employment, a part time job, so I can seek out paying the Plaintiff our settlement of $1800 paid to him over the course of 18 months starting on September 5th, 2024.

As virtueless as the Plaintiff is, he does not understand the word of patience both in scope and meaning. Instead, the Plaintiff would much rather openly commit perjury in his filings by claiming that I, Jarrod Jones, have been outright refusing to help him merely over the fact that I have recently worked when I am not used to working. I am not allowed, by the Plaintiff, to be exhausted after a work shift, and have no time to recover. I had suggested that Monday, July 29th, 2024 would be a good date to send the plaintiff what he requests as it seemed reasonable at the

RESPONSE TO MOTION TO LIQUIDATE ASSETS - 1

time; however, the plaintiff is very unreasonable himself. As it has taken longer than my

guesstimation to obtain documents that he requests.

Plaintiff shows his hand that he does not care for the court's time frame and only

wants the money. Relying on dissociative, inaccurate data scraping services to "prove" my net

worth is not my net worth. I have provided the Plaintiff with a chart of my taxable income that is

provided by the SSI office, for the last 12 years. If I had no expenses over that period as,

housing, transportation, utilities, and food I'd have a total of $68,000; this is not the case.

Plaintiff had asked for the personal details of a similarly named person as I, but upon my

discovery there are several persons that share my name in my home state of Washington State.

There is, as follows.

1. Jarrod Jones, of Kennewick, Washington: A Finance and Accounting
   Professional.

2. Jarrod Jones, of Hays, Kansas: A Dentist who had graduated from the Kois
   Center in Seattle, Washington.

3. Jarrod L. Jones, of Tacoma, Washington: No public information exists on this
   person.

4. Jarrod Lee Jones, of Seattle, Washington: 57 years of age is the only public
   information on this individual.

5. Jarrod M. Jones, of Moses Lake, Washington: No public information is found

According to Spokeo there are over 300 persons in the United States of America similarly named

Jarrod Jones. Am I to burden the cost to bear by providing the Plaintiff with 300 sets of

RESPONSE TO MOTION TO LIQUIDATE ASSETS - 2

addresses, phone numbers, emails, and locations of the other 300 Jarrod Jones within the United States? It does not seem unreasonable that as a service that Spokeo has bled another Jarrod Jones into my personal information while they scrape data of persons to be searched by.

Unless ordered by the court, the above people are irrelevant to the case at hand. Unless the court is going to allow the Plaintiff to send subpoenas so they can verify that the above persons are not me, and do not share my finances. What I found above is results from a google search. Spokeo even states that its information is bound to be inaccurate and in other cases false (Exhibit A), and an agreement is made between Spokeo and the User that none of the information found within the report will be used for financial reasons including, but not limited to: Bank Loans, Employment, Housing, and anything else that is covered by the Fair Credit Reporting Act. (Exhibit B)

If I follow the same frame of mind as the Plaintiff in this case, Mr. Stebbins. I have looked him up on Spokeo, and according to data found through the website he makes at least 20k to 30k a year income, has Investments, Stocks, and Bonds. (Exhibit C) which if taken as fact leads one to consider that the IFP status that Mr. Stebbins has filed under is fraudulent, and he's hoarding his wealth to himself; however, that is not the only David Stebbins that Spokeo has located in Harrison, Arkansas. There is another David Stebbins that reportedly has Stocks, Bonds, Investments, $50,000 to $60,000 income, likes luxury, has mutual funds; is this Stebbins also considered to be the Plaintiff? If the above is true, this does not paint a healthy picture for the Plaintiff. (Exhibit D)

RESPONSE TO MOTION TO LIQUIDATE ASSETS - 3

If we humor the Plaintiff with the same information that the Plaintiff has raised against me, it brings his entire IFP filing status into question. Is he only receiving SSI benefits, that are mislabeled on his IFP Document by the way, and taking in an income of $20,000 to $30,000? This opens a window of insight that not only is the Plaintiff willfully wasting judicial resources that pull from other important cases but is also committing fraud with the Social Security Administration to get benefits when he makes more than enough money to cover court costs and fees as well as live his life as he so chooses?

I pray that the court finds that the Plaintiff's motion is done in bad faith, blatant gamesmanship of the court and that actions are taken to render the Plaintiff's demands to liquidate the defendant is rendered moot allowing for the full agreed upon Six Months to continue as provided.

Dated this 31 of July, 2024.

*Jared Jones*
Pro Se

RESPONSE TO MOTION TO LIQUIDATE ASSETS - 4

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C





Back to **Overview for David Stebbins**

## David A Stebbins, Age 35

Who was born in December 1988, lives in Harrison, AR and is also known as Anthony Stebbins.

GET BACKGROUND+ REPORT

PDF | SHARE | MORE

## Contact

David has 1 phone number and 1 email address

(870) 204-6024
HARRISON, AR • Cox
*Found in 1 data source 4 years ago*

stebbinsd@yahoo.com
COMMERCIAL • 1 social profile
*Found in 1 data source 4 years ago*

## Location History

David lived in a home in AR.

SPECIAL OFFER! | CLAIM NOW

## 1407 N Spring Rd, Apt 5

**HARRISON, AR 72601  •  2010 - 2011**

David lived in this home. Previous residents are Erin T., Megan E. and 15 others.
Home
*Found in 5 data sources 13 years ago*

VIEW PROPERTY



## 821 Hillendale Dr

**HATTIESBURG, MS 39402  •  2001 - N/A**

David lived in this home. Previous residents are John N., Christopher C. and 17 others.
$166k est. value • Last sold in 2007 • 2,606 sqft. (living) • 3 Baths • Built in 1975 • Home
*Found in 1 data source*

VIEW PROPERTY



## 8527 Hopewell Rd

**HARRISON, AR 72601**

David lived in this home. Previous residents are Shaun J., Mary H. and 5 others.
$128k est. value • Last sold in 2013 • 1,980 sqft. (living) • 2 Baths • 218,671 sqft. (lot) • Home
*Found in 3 data sources*

VIEW PROPERTY

**LOCATION HISTORY DATA SOURCES**
—

Here are the sources we collect and search to populate data for this section: Assessor's Records, County Records, Recorder's Records, and Real Estate Data

## Family

We found 2 relatives for David Stebbins.



### Rita Stebbins, 66

**RELATIVE  •  Matched by Address, Last Name**

Rita, 66, has previously lived with David, 35, in Harrison, AR.
Born May 1958 • Married • 3 Social Matches • 6 Phone numbers
*Found in 7 data sources 1 year ago*

VIEW PROFILE

⊗ SPECIAL OFFER!  |  CLAIM NOW →



**Mary Holt, 37**

RELATIVE  •  Matched by Address, Last Name

Mary, 37, has previously lived with David, 35, in Harrison, AR.
Born Jan 1987 • Single • 1 Social Match • 7 Phone numbers
*Found in 1 data source 1 year ago*

VIEW PROFILE

---

**HOUSEHOLD INTERESTS**
—

Information based on household and collected by companies and events for marketing usage.
1 Generation • 1 Adult in Home • 1 Person in Home

---

**FAMILY DATA SOURCES**
—

Here are the sources we collect and search to populate data for this section: People Profiles, Birth Records, Death Record, Marriage Records, Household, and Marketing Data

---

## Social

We found Facebook, Twitter and no other social matches.

---



**david stebbins**

FACEBOOK  •  Matched by Email

Profile linked to David with 1 Email and 1 Username.
*Last checked 10 years ago*

VIEW ON FACEBOOK [↗]

---

**USERNAME: STEBBINSD**
—

Derived from stebbinsd@yahoo.com



**David Stebbins**

TWITTER  •  stebbinsd

---

**SOCIAL DATA SOURCES**
—

Here are the social profile sources we collect and search to populate data for this section: Blogs / Discussion, Personal Networks, Music / Gaming, Media Sharing, Dating Sites, and Shopping Sites

---

## Court

We Search 620 Million Court Records for any matches

✓ Police and Criminal Records
✓ Sex Offender Registry and Records
✓ Traffic Violations and Assaults
✓ Arrest Records and more...


SPECIAL OFFER!  |  CLAIM NOW  →



## Court & Criminal Records

RECORDS  •  Matched by Name, Age, County

Add Court Records to your membership to search records from these categories:

Known Locations • Alias & Nicknames • Statewide Search • Nationwide Search
*Found in 1 data source 1 year ago*

**UNLOCK COURT RECORDS**

---

**COURT DATA SOURCES**
—

Here are the sources we collect and search to populate data for this section: Court Records, Criminal Records, Traffic Records, and Sex Offender Registry

## Personal

No results from over 245 million public records.

---



## Personal & Historical Records

RECORDS  •  Matched by Name, Age, County

Add Historical Records to your membership to search records from these categories:

Birth & Death • Marriage & Divorce • US Census Records • Immigration Records
*Found in 1 data source 1 year ago*

**UNLOCK PERSONAL**

---

**PERSONAL DATA SOURCES**
—

Here are the sources we collect and search to populate data for this section: Public Records, Marriage Records, Death Records, Birth Data, Divorce Data, and Marketing Data

## Wealth

David has the following lifestyle marketing data.

---

**LIFESTYLE INTERESTS**
—

Information based on household and collected by companies and events for marketing usage.
Has Investments • Has Stocks or Bonds • $20k - $30k Income • English Language

---

⊗ SPECIAL OFFER!  |  CLAIM NOW →

### WEALTH DATA SOURCES
——

Here are the sources we collect and search to populate data for this section: Owned Properties, Social Profiles, Business Records, and Lifestyle Marketing Data

## Work

No results from over 130 million business records.

### WORK DATA SOURCES
——

Here are the sources we collect and search to populate data for this section: Company Profiles, Business Records, Professional Bio, and Social Profiles

† Do not use any information obtained through Spokeo to determine a person's eligibility for credit, insurance, employment, housing (tenant screening), or for any other purpose covered under the Fair Credit Reporting Act (FCRA). Spokeo is not a consumer reporting agency and does not offer consumer reports. Spokeo gathers information from public sources, which may not be complete, comprehensive, accurate or even up-to-date. This service is not a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Spokeo does not verify or evaluate each piece of data, and makes no warranties or guarantees about the information offered.



|        |       |         |           |
|--------|-------|---------|-----------|
| About  | Terms | Privacy | Contact   |
| Careers| Help  | Blog    | Affiliates|

Copyright © 2006-2024 Spokeo, Inc.

SPECIAL OFFER! | CLAIM NOW →

# EXHIBIT D



● Phone & Email *(14)*    ● All Addresses *(7)*    ● Family *(5)*    ● Social *(3)*    ● Court 🔒

‹  Back to **Overview for David Stebbins**

## David D Stebbins, Age 58

Who was born in October 1965, lives in Harrison, AR and is also known as David E
Stebbins or Dave Stebbins.

**GET BACKGROUND+ REPORT**

⬇ PDF  |  SHARE  |  MORE  ○○○

## Contact

David has 2 phone numbers and 12 email addresses

**(870) 743-4386**    ○○○
HARRISON, AR • Windstream
*Found in 1 data source 4 years ago*

**(601) 264-1488**    ○○○
HATTIESBURG, MS • AT&T Southeast
*Found in 1 data source 4 years ago*

**stebbins19@aim.com**    ○○○
COMMERCIAL • 5 social profiles
*Found in 1 data source 4 years ago*

**pressman@c-gate.net**    ○○○
NETWORK • 5 social profiles

● Phone & Email *(14)*    ● All Addresses *(7)*    ● Family *(5)*    ● Social *(3)*    ● Court 🔒

davidstebbins@yahoo.com    ○○○
COMMERCIAL • 5 social profiles
*Found in 1 data source 4 years ago*

pressman@worldnet.att.net    ○○○
NETWORK • 4 social profiles
*Found in 1 data source 4 years ago*

arobinson513@alltel.net    ○○○
NETWORK • 4 social profiles
*Found in 1 data source 4 years ago*

stebbins@aim.com    ○○○
COMMERCIAL • 3 social profiles
*Found in 1 data source 4 years ago*

pressman@c-earthlink.net    ○○○
NETWORK • 3 social profiles
*Found in 1 data source 4 years ago*

davidstebbins2007@yahoo.com    ○○○
COMMERCIAL • 3 social profiles
*Found in 1 data source 4 years ago*

pressman@earthlink.net    ○○○
NETWORK • 2 social profiles
*Found in 1 data source 4 years ago*

presmn1@bellsouth.net    ○○○
NETWORK • 2 social profiles
*Found in 1 data source 4 years ago*

stebbinsdavid2007@yahoo.com    ○○○
COMMERCIAL • 1 social profile
*Found in 1 data source 4 years ago*

pressman@netscape.com    ○○○

● **Phone & Email** *(14)*    •    ● **All Addresses** *(7)*    •    ● **Family** *(5)*    •    ● **Social** *(3)*    •    ● **Court** 🔒

## Location History

David owns and lived in a 2 baths home in AR.



### 8527 Hopewell Rd

HARRISON, AR 72601   •   2005 – 2023

David owns this home. Previous residents are Shaun J., Mary H. and 5 others.

$128k est. value • Last sold in 2013 • 1,980 sqft. (living) • 2 Baths • 218,671 sqft. (lot) • Home

*Found in 17 data sources 1 year ago*

| VIEW PROPERTY |
| --- |

● Phone & Email *(14)*  ● All Addresses *(7)*  ● Family *(5)*  ● Social *(3)*  ● Court 🔒

### 319 N 20th Ave

**HATTIESBURG, MS 39401** • **2002 - 2003**

David lived in this home. Previous residents are Yolanda L., Willie S. and 30 others.

$32k est. value • Last sold in 2019 • 1,420 sqft. (living) • 3 Baths • Built in 1951 • Home

*Found in 4 data sources 21 years ago*

**VIEW PROPERTY**



### 306 7th Ave

**HATTIESBURG, MS 39401** • **2003 - 2003**

David lived in this home. Previous residents are Melanie M., Jeffery M. and 23 others.

$49k est. value • Last sold in 2017 • 1,826 sqft. (living) • 3 Baths • Built in 1940 • Home

*Found in 4 data sources 21 years ago*

**VIEW PROPERTY**



### 88 Golf Course Rd

**HATTIESBURG, MS 39402** • **2001 - 2001**

David lived in this home. Previous residents are Christopher K., Samuel F. and 18 others.

$37k est. value • Last sold in 2009 • 938 sqft. (living) • 21,780 sqft. (lot) • Built in 1987 • Home

*Found in 3 data sources 23 years ago*

**VIEW PROPERTY**

Phone & Email *(14)* • All Addresses *(7)* • Family *(5)* • Social *(3)* • Court 🔒

## 821 Hillendale Dr

**HATTIESBURG, MS 39402** • **1999 - 1999**

David lived in this home. Previous residents are John N., Christopher C. and 18 others.

$166k est. value • Last sold in 2007 • 2,606 sqft. (living) • 3 Baths • Built in 1975 • Home

*Found in 8 data sources 25 years ago*

VIEW PROPERTY



## 60 Hillcrest Dr, Apt 3

**HATTIESBURG, MS 39402** • **1996 - 1996**

David lived in this home. Previous residents are Karen C., Athena W. and 17 others. Home

*Found in 5 data sources 28 years ago*

VIEW PROPERTY



## 1118 Beverly Hills Rd

**HATTIESBURG, MS 39401** • **1996 - 1996**

David lived in this home. Previous residents are Bryan L., Thomas B. and 10 others.

$44k est. value • Last sold in 2016 • 1,083 sqft. (living) • 1 Bath • 143,748 sqft. (lot) • Built in 1968 • Home

*Found in 5 data sources 28 years ago*

VIEW PROPERTY

## LOCATION HISTORY DATA SOURCES

Here are the sources we collect and search to populate data for this section:

Assessor's Records, County Records, Recorder's Records, and Real Estate Data

● **Phone & Email** *(14)*    ● **All Addresses** *(7)*    ● **Family** *(5)*    ● **Social** *(3)*    ● **Court** 🔒

We found 4 relatives for David Stebbins.

---

## Rita Stebbins, 66

RELATIVE  •  Matched by Address, Last Name

Rita, 66, has previously lived with David, 58, in Hattiesburg, MS.
Born May 1958 • Married • 3 Social Matches • 6 Phone numbers
*Found in 7 data sources 1 year ago*

VIEW PROFILE

## Rita Stebbins, 62

RELATIVE  •  Matched by Address, Last Name

Rita, 62, has previously lived with David, 58, in Hattiesburg, MS.
Born Oct 1961 • 1 Address
*Found in 1 data source 4 years ago*

VIEW PROFILE

## Rita Stebbins, 58

RELATIVE  •  Matched by Address, Last Name

Rita, 58, has previously lived with David, 58.
Born Oct 1965
*Found in 1 data source 4 years ago*

VIEW PROFILE

## Mary Holt, 37

RELATIVE  •  Matched by Address, Last Name

Mary, 37, lives in a home with David, 58, in Harrison, AR.
Born Jan 1987 • Single • 1 Social Match • 7 Phone numbers
*Found in 1 data source 1 year ago*

| VIEW PROFILE |
| --- |

---

### HOUSEHOLD INTERESTS
—

Information based on household and collected by companies and events for marketing usage.
Dog(s) in Home • Cat(s) in Home • Has Pets • 4 Children • 1 Generation • 4 Adults in Home • 8 People in Home

---

### FAMILY DATA SOURCES
—

Here are the sources we collect and search to populate data for this section: People Profiles, Birth Records, Death Record, Marriage Records, Household, and Marketing Data

---

# Social

We found dailymotion, eBay and 98 other social matches.

---

### USERNAME: PRESSMAN
—

Derived from pressman@netscape.com

#### Joel
DAILYMOTION  •  pressman

#### Pressman
UPCOMING  •  pressman

#### Pressman
FORMSPRING  •  pressman

● **Phone & Email** *(14)*   ● **All Addresses** *(7)*   ● **Family** *(5)*   ● **Social** *(3)*   ● **Court** 🔒

## USERNAME: DAVIDSTEBBINS

Derived from davidstebbins@yahoo.com

### Davidstebbins

EBAY • davidstebbins

### Davidstebbins

BLOGGER • davidstebbins

### David Stebbins

DISQUS • davidstebbins

VIEW 15 RESULTS

## USERNAME: STEBBINS

Derived from stebbins@aim.com

### Grayson Stebbins

LAST.FM • stebbins

### Stebbins

TUMBLR • stebbins

### Stebbins

GRAVATAR • stebbins

VIEW 44 RESULTS

## SOCIAL DATA SOURCES

Here are the social profile sources we collect and search to populate data for this section: Blogs / Discussion, Personal Networks, Music / Gaming, Media Sharing, Dating Sites, and Shopping Sites.

# Court

✔ Sex Offender Registry and Records

✔ Traffic Violations and Assaults

✔ Arrest Records and more...



# Court & Criminal Records

**RECORDS** • **Matched by Name, Age, County**

Add Court Records to your membership to search records from these categories:

Known Locations • Alias & Nicknames • Statewide Search • Nationwide Search
*Found in 1 data source 1 year ago*

**UNLOCK COURT RECORDS**

**COURT DATA SOURCES**
——

Here are the sources we collect and search to populate data for this section: Court Records, Criminal Records, Traffic Records, and Sex Offender Registry

# Personal

David is a 58 year old and may be married.

● **Phone & Email** *(14)*  ● **All Addresses** *(7)*  ● **Family** *(5)*  ● **Social** *(3)*  ● **Court** 🔒

## Personal & Historical Records

**RECORDS**  •  Matched by Name, Age, County

Add Historical Records to your membership to search records from these categories:

Birth & Death • Marriage & Divorce • US Census Records • Immigration Records
*Found in 1 data source 1 year ago*

[ **UNLOCK PERSONAL** ]

### GENERAL INTERESTS
—

Information based on household and collected by companies and events for marketing usage.
Likes to Travel • Home Decor • Cooking • Gourmet Cooking • Gardening • Crafts • Playing Music • Knitting • Photography • Sewing • Woodworking • Gambling • Bird Watching • Home Study • Video Games • Toys • Computer Games • Board Games

### MUSIC INTERESTS
—

Information based on household and collected by companies and events for marketing usage.
Entertainment • Country Music • Gospel Music • Classical Music • Jazz Music

### SPORTS INTERESTS
—

Information based on household and collected by companies and events for marketing usage.
Football • Fishing • Fitness • Golf • Walking • Camping / Hiking • Baseball • Nascar • TV Sports • Boating / Sailing • Betting

### FITNESS INTERESTS
—

Information based on household and collected by companies and events for marketing usage.
Health and Fitness • Active Life • Active Outdoors • Aerobics

● Phone & Email *(14)*   ● All Addresses *(7)*   ● Family *(5)*   ● Social *(3)*   ● Court 🔒

Information based on household and collected by companies and events for marketing usage.
Auto Work • Truck Owner

### COLLECTORS INTERESTS

Information based on household and collected by companies and events for marketing usage.
Antique Collection

### PERSONAL DATA SOURCES

Here are the sources we collect and search to populate data for this section: Public Records, Marriage Records, Death Records, Birth Data, Divorce Data, and Marketing Data

## Wealth

David has the following lifestyle marketing data.

### LIFESTYLE INTERESTS

Information based on household and collected by companies and events for marketing usage.
Likes to Read • Has Investments • Do It Yourselfer • Has Stocks or Bonds • Has Mutual Funds • Likes Luxury • Like Traveling • High School Education • $50k - $60k Income • English Language

● **Phone & Email** *(14)*    ● **All Addresses** *(7)*    ● **Family** *(5)*    ● **Social** *(3)*    ● **Court** 🔒

Here are the sources we collect and search to populate data for this section: Owned Properties, Social Profiles, Business Records, and Lifestyle Marketing Data

---

# Work

David works as a Cashier.

---



## Wild Bills Travel Center

CASHIER   •   Matched by Email

David currently works at Wild Bills Travel Center as a Cashier.
*Found in 1 data source 1 day ago*



## rita-stebbins-6a952761

LINKEDIN BIO
*Found in 1 data source 1 day ago*

VIEW FULL BIO ON LINKEDIN ↗

---

### WORK DATA SOURCES

Here are the sources we collect and search to populate data for this section: Company Profiles, Business Records, Professional Bio, and Social Profiles

● **Phone & Email** *(14)*      ● **All Addresses** *(7)*      ● **Family** *(5)*      ● **Social** *(3)*      ● **Court** 🔒

consumer reports. Spokeo gathers information from public sources, which may not be complete, comprehensive, accurate or even up-to-date. This service is not a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Spokeo does not verify or evaluate each piece of data, and makes no warranties or guarantees about the information offered.



| About | Terms | Privacy | Contact |
|-------|-------|---------|---------|
| Careers | Help | Blog | Affiliates |

Copyright © 2006-2024 Spokeo, Inc.