Case 8:24-cv-01486-JVS-KES   Document 82   Filed 08/01/24   Page 1 of 2   Page ID #:113

FILED
CLERK, U.S. DISTRICT COURT
08/01/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____IGU_____ DEPUTY

David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                      acerthorn@yahoo.com

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                             PLAINTIFF

VS.                    Case 8:24-cv-01486-JVS-KES

JARROD JONES                                                DEFENDANTS

### MOTION TO SET HEARING FOR MOTION FOR LIQUIDATED DAMAGES (DKT. 79) AND FOR LEAVE TO APPEAR REMOTELY

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Set the Motion for Liquidated Damages for oral argument, and for leave to attend said oral argument remotely.

1. On Tuesday, July 30, 2024, I filed a Motion for Liquidated Damages, seeking to avail myself of the right sunder our settlement agreement. See Dkt. 79. On July 31, 2024, pro se Defendant Jarrod Jones filed his Response in Opposition to that motion. See Dkt. 80. On the morning of August 1, 2024, I submitted my Reply to his Response via EDSS. See Dkt. 81.

2. The briefings on this motion are now completed, and the parties now patiently await the Court's ruling.

3. I ask the Court to set an oral argument for this motion, since granting it would be dispositive of the Liquidated Damages Clause, so it is very important that the Court understand the facts fully.

4. I also ask that the Court grant me leave to appear in the case remotely, either telephonically or via zoom. I live two time zones away, so I cannot travel to Los Angeles to attend this hearing in person. If the Court refuses to grant me leave to attend remotely, then my only other option is to abstain from having a hearing at all, since I cannot attend otherwise.

5. Wherefore, premises considered, I respectfully pray that this oral argument be scheduled promptly, or at the very least, that the motion be ruled on so quickly that an oral argument is deemed unnecessary.

So requested on this, the 1st day of August, 2024.

/s/ David Stebbins
David Stebbins (pro se)