Jarrod Jones
1850 W Orangethorpe Ave
Fullerton, California, 92833
(714) 497-0035
jarrod@stangranch.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JARROD JONES,<br><br>　　　　Defendant | Case No.: 8:24-cv-01486-JVS-KES<br><br>RESPONSE TO MOTION TO SET HEARING FOR LIQUIDATED DAMAGES, REQUEST TO ATTEND VIA REMOTE AND SUPPLEMENTAL BREIF FOR LIQUIDATION OF DAMAGES. |

Comes now, Jarrod Jones, Pro se.

The plaintiff is pushing for a motion for liquidation of assets after the Defendant has proved to be acting in good faith on the settlement; however, the bad faith shown by the Plaintiff has not only returned both parties to submit unnecessary filings to the docket, but has also stopped the settlement in it's tracks.

The plaintiff has stopped the settlement in it's tracks for his own actions in the settlement agreement, and at the first opportunity. I have done nothing but provide good faith efforts towards the Plaintiff by sending him the most useful information that exceeds his demands for employment history, and tax returns; documentation of my taxable income over the last twelve years that shows income that is taxed by Social Security and Medicaid. If the Plaintiff had any sense of proper use of lawyering or law, this document would be enough to suffice his demands. This is not the case as the Plaintiff has supposedly compared it to the falsified information provided to him by Spokeo and deemed it a 'photoshop' or 'fake evidence' in an

RESPONSE TO MOTION TO SET HEARING FOR LIQUIDATED DAMAGES, REQUEST TO ATTEND VIA REMOTE AND SUPPLEMENTAL BREIF FOR LIQUIDATION OF DAMAGES. - 1

effort to spurn him, resulting in a filing that not only includes violations of civil procedures that break how to properly file, and type a motion limited to, and including, a sentence typed in at least 26-point font complete with usage of capitalized letters, bold font and underlines if only to textually scream at the defendant in this court case. Adding to an unseemingly and unbecoming tirade over the supposed inadequate documentation that covers my paid into SSI information, I will be providing this directly to the court but not as an exhibit as I don't want this information on the docket; instead of taking the document at the value it is, the plaintiff's lack of knowledge of how employment income is taxed, and process sees the document as documentation that allegedly proves that I receive SSI like him.

Plaintiff has become increasingly difficult in communication during this process as he is always at the ready to textually shout over email while I provide only action in good faith to sate his requests of information that prove my current net worth. While the document does satisfy the obligations he has requested, it has driven the Plaintiff to show his hand of furious impatience before the court openly believing that a mispresented date of information to be gained is a breach of a six-month settlement contract. He also has citations of non-legal standing in his reply. TikTok has no legal citation standing inside of the court, but further proves that he is acting in bad faith as he is unable to find a proper legal citation that supports his argument, or lack thereof.

The reply, and motion set forth by the Plaintiff is a shown of hand that he intends to only act in bad faith during the settlement, as well as put forth another offer, one that includes providing what he, himself, deems as suitable information that will 'hold up in court' of a person

RESPONSE TO MOTION TO SET HEARING FOR LIQUIDATED DAMAGES, REQUEST TO ATTEND VIA REMOTE AND SUPPLEMENTAL BREIF FOR LIQUIDATION OF DAMAGES. - 2

that he has held a grudge against for the last three years (Exhibit A). According to the Plaintiff the source of all of his sorrow of the last three years, and all of his failed or terminated court cases, he points to a Reddit user that goes by 'InitiativeKookie'. A user of Reddit that is allegedly under the age of 18 and located in a foreign nation. Bringing forth that he is interested in dropping the settlement, payments, and the whole case if I give him what he calls actual, provable information about this Reddit user. However as all information available for this user points to that the user is a minor it is an impossible task.

Between having an email chain of at least one-hundred-seventeen emails between myself and Mr. Stebbins he treats this less like a legal dispute and more like a game. Each of his emails are demoralizing to read, and near insulting. Not once have I received a professional inquiry from him, but I've kept a cool head in responses despite his allegations that I attend Ku Klux Klan meetings. His intentions to draw my attention away from my ability to retrieve documentation in hopes that his intentional slip up will give him his grand prize, $10,000 in liquidated damages. The high score of this legal system game he plays, and the only way he will be victorious.

I am in the process of preparing the declaration however the settlement says, 'As of August 5th, 2024' and not 'By August 5th, 2024', to my understanding this means that it is a frame of reference that before that date that I do not have more than $5,000 before that date. Either the Plaintiff is blatantly trying to mislead the court and give himself more credence to gain extra money, or in his haste of trying to file another baseless motion to demand $10,000 that he did not properly read the settlement despite writing it into his motion himself.

RESPONSE TO MOTION TO SET HEARING FOR LIQUIDATED DAMAGES, REQUEST TO ATTEND VIA REMOTE AND SUPPLEMENTAL BREIF FOR LIQUIDATION OF DAMAGES. - 3

It has been a violent balancing act between gathering what the plaintiff requires of me and needing to type up motions in response to what Mr. Stebbins files. He firmly believes that any delay he causes within this case is not of his own doing, but of my own.

I pray to the court that the motion for a hearing is denied, so we can continue to proceed with the settlement as provisioned by the court.

Dated this 6th of August, 2024.


Pro Se

RESPONSE TO MOTION TO SET HEARING FOR LIQUIDATED DAMAGES, REQUEST TO ATTEND VIA REMOTE AND SUPPLEMENTAL BREIF FOR LIQUIDATION OF DAMAGES. - 4

# EXHIBIT A

 Acerthorn<acerthorn@yahoo.com> 
To: jarrod stangranch.com
Fri 8/2/2024 3:32 AM

Hey, you know what? I just thought of something!

There's one thing you could potentially do that might actually make me forgive you! Like ... for realsies forgive you!

Help me find InitiativeKookie.

Yo know that time I offered a $100 payment to anyone who could help me track him? Well, I'd be willing to forgive literally the entire $1,800 settlement, and the $10,000 in liquidated damages, if you can get me his IRL name and address, so I can sue his sorry ass for all the pain he's caused me!

The catch is that the evidence you collect has to actually hold up in court. I've had a few people (likely IK himself under an alt account) who reached out to me and offered to tell me who IK really was. But all they've really offered me was their uncorroborated word. They would just tell me his name and address in DM, but never showed any actual proof that this was accurate, and then expected to be paid.

If you want to take me up on this offer, you'll need to get me evidence that will actually hold up in court... and that may mean hiring a PI.

Whaddaya say? You might actually convince me that you're a good guy if you pull a Micheal Cohen and actually help me catch the Big Fish!

...