# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

Case No. 8:24-cv-01486-JVS-KES            Date: August 8, 2024

Title: DAVID A. STEBBINS v. CMDR IMPERIALSALT, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Maria Barr for Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR /DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     Order REGARDING Plaintiff's Motion For Liquidated Damages (Dkt. 79) And To Set Hearing (Dkt. 82)

On July 25, 2024, Plaintiff David A. Stebbins ("Plaintiff") and Defendant Jarrod Jones ("Defendant") attended a settlement conference with Judge Kewalramani. They reached a settlement, the material terms of which are memorialized in the minutes. (Dkt. 78.) One term required that "Defendant will execute a declaration under penalty of perjury stating that, excluding his single vehicle, he does not have assets worth more than $5,000 as of August 5, 2024." (Id.)

On August 6, 2024, Plaintiff filed a brief stating that he had not yet received this declaration from Defendant. (Dkt. 83.)

By August 16, 2024, Defendant shall file a status report that either (1) attaches a copy of the required declaration or (2) explains why he has been unable to provide such a declaration, despite reasonable diligence. If Defendant needs assistance drafting the declaration, he should visit the "People Without Lawyers" section of the Court's website, https://www.cacd.uscourts.gov/, to get contact information for the pro se clinic.

The Court will address Plaintiff's pending motions (Dkt. 79, 82) after reviewing Defendant's filing.