Jarrod Jones
1850 W Orangethorpe Ave
Fullerton, California, 92833
(714) 497-0035
jarrod@stangranch.com

**F I L E D**
CLERK, U.S. DISTRICT COURT

08/16/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

        Plaintiff,

vs.

JARROD JONES,

        Defendant

Case No.: **8:24-cv-01486-JVS-KES**

SETTLEMENT STATUS UPDATE

# <u>SETTLEMENT STATUS UPDATE</u>

Comes now, Jarrod Jones, Pro Se.

Communicating with Mr. Stebbins has been an uphill battle ever since the start of this settlement. While I agreed to it because I just want this case to be done and over with, Mr. Stebbins has been using this time to textually abuse me with name calling, and threats during the settlement, behavior that would be very unbecoming of a practiced Lawyer if he was one. There's not a single string of ethical restraint within the Plaintiff while I've been doing my best to maintain professional while he calls me every name under the sun, and tries to associate me to the KKK, the previous is one of the 'lighter' assessments from Mr. Stebbins, or he breaches the settlement agreement by constantly reminding me that I'm the one who was the wrongdoer in the settlement. (Exhibit A).

SETTLEMENT STATUS UPDATE - 1

1

2          The most damning of evidence that the Plaintiff runs on a philosophy of 'Rules

3   for thee, but not for me' ethical policy was when I relayed to him that I don't use TikTok due to

4

5   my personal belief it's spyware from a foreign country that is meant to extract or track data from

6   American Citizens. Rather than find another format to share this information, he downloads and

7   distributes these creations by other people through .mp4 files through email. Doing the same

8   thing that he had mentioned in the complaint against me, (Dk. 1, Paragraph 11), yet upon

9

10  pointing out this to Mr. Stebbins he raises my same defense that he is allowed to do so because

11  of a download button of all things. Mr. Stebbins does his best to try to paint himself in the right,

12  despite distributing a creator's creations through a means that is not the original intended format

13  outside of the area where the creator of the TikTok can receive monetary benefit from the upload

14  of their TikTok. (Exhibit B)

15

16

17          The Plaintiff has been very willing to toss out accusations that I have forged all

18  the documentation that I've presented to him, even though the documents contain official seals

19  and that I know it is not only improper to forge government documents, but also very illegal.

20  Dependent on the law, and the type of forging, I could face prison time of up to three (3) years as

21  well as a $10,000 fine, again entirely based on what was forged and which laws were broken.

22

23

24          With that in mind, I've been stumped the past few weeks dealing with the

25  horrendous system that is ID.me. The service that the IRS, and many other Government

26  Agencies that deal with the private information of the Citizens of the United States of America;

27  The system had failed to properly confirm that I was me, so to speak. I sat in ever increasing

28

SETTLEMENT STATUS UPDATE - 2

queues to get video verification of my documents only for the service to reach upwards of 3.5 hours and get stuck there. While I have informed the Plaintiff about sending a letter I've performed research on the subject, having decided that logging into ID.me with a social media account to access the option of "Lost Access to MFA" as the ID.me was attached to my previous phone number, one that I haven't had access to in some time. Going through the "Lost Access to MFA" process I've discovered that method only required one identification document instead of providing both a Type 1 Document and a Type 2 Document, and I was able to verify quickly within the last 24 hours so I could provide the Plaintiff with my Tax Return Receipts, but according to the Plaintiff as they're not certified by the IRS, a process that I've heard will take months instead of weeks as the requirement of physically mailing documentation to the IRS office is required for such an endeavor. My tax return receipts have also been turned over to the chambers through email.

Even with full documentation from the Social Security Administration where you can gather information regarding taxable income also drove the Plaintiff into a fit, also stating the documents were forged because it didn't line up with the report, he obtained from Spokeo. The Plaintiff, Mr. Stebbins, was quick to throw accusations that the document was also forged despite it being an official document retrieved from the Social Security Administration, this document has been emailed to the Chambers as an off-the-docket document.

As for my Bank statements, the software on the Plaintiff's computer is inadequate to properly view Excel documents, so I've amended them into a simple PDF format for the Plaintiff to see, but again the Plaintiff believes that these documents are false, and that I'm

SETTLEMENT STATUS UPDATE - 3

wasting his time for not showing him the supposed $150,000 to $175,000 in investments and assets that Spokeo has falsely provided to the Plaintiff.

Outside of the two demands from the Court to provide my net worth, Mr. Stebbins also requested (Exhibit C) that I find every Jarrod Jones within the State of Washington to prove that Spokeo's mix-up is caused by their relatable data by name only. I do not have any funds for this endeavor, and this will take the most time. As I do not have any access to the proper systems to find people, nor a Private Investigator license. Considering the recent news of a SSN data breach that occurred in April 2024, tools that have been brought forward to check if one has been affected by the SSN data breach, I have located the names, addresses, and a few phone numbers of persons that share my name and have forwarded that information to Mr. Stebbins, except for the censored SSNs provided on the website.

I've been gathering my employment history of the last 10 years, as requested by the Plaintiff (Exhibit D), but a couple of the companies I've worked for no longer exist. I have very little doubt that all documentation of my employment history the Plaintiff will also call as forgeries or fakes. When I've asked for Mr. Stebbins to put forward some good faith and trust in my efforts, I get told that I am not worth his trust, nor any of his good faith, this is usually followed up with emails where Mr. Stebbins call me very inappropriate words to repeat in a court document or mocks me with lines like "Chruss me bro!" (Exhibit D).

I assume that as the factually correct data that I provide Mr. Stebbins is being brushed off as doctored documentation because it does not line up with the information, he

SETTLEMENT STATUS UPDATE - 4

thinks has on me. In an effort to show my willingness to explore other avenues that Mr. Stebbins

has put forward, I gathered easily googled information on this InitiativeKookie person that he is

adamantly against believing this Reddit user to be one of the main persons in a conspiracy to ruin

his life, and he is willing to go to any length to attempt to game, and abuse the court system so he

can feel justice. In response he demanded that I pay him $5,000 instead of the $1,800 as well as

handing over the information, a deal that I thought was too aggressive in my direction and in no

way a better way to finish the settlement as it weighs more of a burden on myself than the

originally agreed upon settlement. I tried to explain my living situation in detail, and he firmly

believes that I am unable to tell the truth rather than find any sympathy towards me. Mr. Stebbins

cannot be reasonably reasoned within reason. (Exhibit E).


      I pray this status update placates the court's demands of me, and my thorough

willingness to go through with the settlement despite Mr. Stebbins unethical, and unruly

behavior.


      Dated this 16th of August 2024.


Pro Se

SETTLEMENT STATUS UPDATE - 5

# EXHIBIT A



Acerthorn <acerthorn@yahoo.com>
To: jarrod stangranch.com

Reply   Reply all   Forward   ⋯

Fri 8/2/2024 6:01 AM

There's at least one ill activity towards me you undeniably did, and that was reposted my paywalled stream.

Don't fucking gaslight me. I can still see your post history on Kiwi Farms. I can still see all the posts you made in my thread.

And also you still haven't justified half the stuff I've confronted you with, like demanding trial by combat, giving me the run-around for the better part of two years while I tried to serve you with process, presumably deleting your zellzander@gmail.com account so I couldn't serve you with process, and then acting like you reposting my stream was in fact all my fault simply because I'm a big stinky doo-doo head.

You cherry pick the things you think you can justify while ignoring all the others.

Also, how the fuck are their writing styles different? And how the fuck does that make them related?

⋯



Acerthorn <acerthorn@yahoo.com>
To: jarrod stangranch.com

Reply   Reply all   Forward   ⋯

Sun 8/4/2024 12:18 PM

You've proven yourself worthy of neither. As I said, you've done nothing but bad faith and lies for the past two years, and you've only even made nominal attempts to explain about a third of the stuff I've already brought to your attention.

Now either show me proof that you're actually trying to get the stuff I asked for or I'm bringing your lack of proof up to the judge when we do our oral argument.

⋯

jarrod stangranch.com
To: Acerthorn <acerthorn@yahoo.com>

Reply   Reply all   Forward   ⋯

Sun 8/4/2024 12:16 PM

So far, in previous emails.

You have stated I've done something wrong.

Which is a breach of the settlement agreement.

   • There is no admission of wrongdoing by the parties.

and from the minute of settlement.

   • Defendant must make all reasonable efforts to cooperate with Plaintiff in confirming his
   net worth over the next 6 months (to be calculated from July 25, 2024).

⋯

# EXHIBIT B



Acerthorn<acerthorn@yahoo.com>
To: jarrod stangranch.com
Mon 8/12/2024 1:21 PM

| 1.mp4 | 2.mp4 | 3.mp4 |
| 3 MB | 608 KB | 12 MB |

3 attachments (15 MB).  ⬇ Download all

Oh, that's awfully convenient. 🙂

Fine, here's the videos as MP4 files, you entitled cunt!

...

jarrod stangranch.com
To: Acerthorn <acerthorn@yahoo.com>
Mon 8/12/2024 1:17 PM

Deleted.

I don't use Chinese spyware.

...

Acerthorn<acerthorn@yahoo.com>
To: jarrod stangranch.com
Mon 8/12/2024 1:17 PM

TikTok has a "save video" feature that allows directly downloading the video to mp4 format.

This is in stark contrast to YouTube Premium's "download" option, which, as I explained in my Second Motion for Sanctions, (A) doesn't enable you to share or repost the video in any capacity, and (B) in any event, wasn't available for my paywalled videos to begin with, which means neither YouTube nor I gave you permission to download your video.

Here's proof of TikTok's save feature: https://www.youtube.com/watch?v=Ua56_BnuxQ0

...

jarrod stangranch.com
To: Acerthorn <acerthorn@yahoo.com>
Mon 8/12/2024 4:16 PM

Proof of permission? I don't believe you.

Get Outlook for Android

...

Acerthorn<acerthorn@yahoo.com>
To: jarrod stangranch.com
Mon 8/12/2024 2:09 PM

Yes, I got permission. Suck it.

...

jarrod stangranch.com
To: Acerthorn <acerthorn@yahoo.com>
Mon 8/12/2024 1:50 PM

Did you get permission to download those before you sent them to me?

Here you are suing me for downloading your video, and you're doing the same thing you're suing me for.. You are the biggest hypocrite I've ever seen.

Get Outlook for Android

...

# EXHIBIT C



Acerthorn<acerthorn@yahoo.com>
To:  jarrod stangranch.com
Mon 8/5/2024 2:44 PM

Proof? Or are you just going to be all "chruss mil bruh!"

...

Virus-free. www.avg.com

jarrod stangranch.com
To:  Acerthorn <acerthorn@yahoo.com>
Mon 8/5/2024 2:31 PM

Well, IRS claims that I am not me.

Very sorry is taking so long.

...

# EXHIBIT D



Acerthorn<acerthorn@yahoo.com>

To: jarrod stangranch.com



Mon 8/12/2024 5:31 PM

But even if I were just a blatant hypocrite, what does that have to do with anything right now? The lawsuit is over. You've signed away your right to litigate whether you violated my rights under the copyright act. Now, all that's left is for you to comply with your contractual obligations under the settlement agreement.

At this point, our legal dispute is firmly in contract law, not copyright law.

So even if I were a blatant hypocrite, how does that help you right now? It's not going to get you out of having to pay me the $10k in liquidated damages. So why are you even bringing it up?

...

# EXHIBIT E

Acerthorn<acerthorn@yahoo.com>

To:  jarrod stangranch.com

Thu 8/15/2024 4:13 PM

First of all, that bank statement is just a bunch of complete jibberish. I can't read a damn thing.

Second, I highly doubt the authenticity of those tax returns. I asked for the actual tax returns you personally filled out, not just IRS receipts. Or at the very least, *certified* tax returns.

For that matter, the tax returns you included clearly show that they only have a request date of August 15. So you only just placed the request today. This means that the past few weeks that I've been screaming at you really have been justified, because as these attachments clearly show, you haven't been doing fuckall until just now.

So why should I trust that you're actually cooperating in good faith when what little evidence you're finally providing clearly shows your procrastination?

Third, that's only half of the stuff I asked of you. Here's a screenshot showing the stuff you still owe:



**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Thursday, July 25, 2024 11:58 AM
**To:** jarrod stangranch.com <jarrod@stangranch.com>
**Subject:** Requests for proof of net worth

Jarrod,

Here is my first batch of requests for you to prove your net worth:

- Past five years tax returns
- Past two years bank statements
- You said there was a guy in Everette WA with a similar name to you. Please tell me his full name, address, email address, and phone number for that man, so I can verify him.
- Every place you have worked for the past ten years, the dates of those employments, and the incomes earned

. . .

---

Acerthorn<acerthorn@yahoo.com>

To:  jarrod stangranch.com

Sat 8/10/2024 6:43 PM

Here's a counter-offer: I'll only demand $5k in liquidated damages from you, if (A) you can prove IK's main account, and (B) upon investigation, I am able to identify IK's legal name and address from the information you give me.

That latter one is an important element. After all, if the information you give me doesn't lead to me being able to find and serve process on his sorry ass, what good does that information do to me? At that point, I've basically traded in thousands of dollars for a bag of beans. Surely you understand, right?

And no, we do not "both know that Spokeo was wrong." All you've given me is a bunch of uncorroborated statements, but since, by your own admission, you're in league with IK and all my other haters, your word means less than nothing.

. . .

Jarrod Jones
1850 W Orangethorpe Ave
Fullerton, California, 92833
(714) 497-0035
jarrod@stangranch.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,                                  Case No.: 8:24-cv-01486-JVS-KES

                      Plaintiff,

vs.                                                 DECLARATION OF ASSETS

JARROD JONES,

                      Defendant

            Comes now, Jarrod Jones, Pro se.


            I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

            As per the terms of the settlement agreement that was agreed to on July 25th, 2024

the court, the settlement overseen by the Honorable Judge Shashi H. Kewalramani had asked me

to write a declaration of my net worth, associated documents will be sent to the court for their

eyes, as well as been previously sent to the Plaintiff as per his request.


            I've only made $68,000 in my entire employment history of the last 12 years, and

I do not have assets beyond my vehicle. I've provided associated documentation to the Plaintiff

as per court order.


DECLARATION OF ASSETS - 1

1
2
3
4
5   I have provided the Plaintiff with documentation of my Social Security Association taxed income, Tax Returns of the last few years, and a two-year history of my Bank Transactions from 8/9/2022 to 8/14/2024. I believe that this is sufficient to sate the Plaintiff's desire for my net worth.

6
7
8   I have never owned or invested in assets that are of the amount of $150,000 to $175,000.

9
10   The only asset I own is my $6,000 vehicle.

11
12   Dated this 16th of August 2024.

13
14   _Jarrad Jones_
15   Pro Se
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF ASSETS - 2