David Stebbins (pro se Plaintiff)  123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947  acerthorn@yahoo.com

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

DAVID STEBBINS, PLAINTIFF

VS.  Case 8:24-cv-01486-JVS-KES

JARROD JONES  DEFENDANTS

### RESPONSE TO [89] SETTLEMENT STATUS UPDATE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Response to the Defendant's Settlement Status Update (ECF 89) in the above-styled action.

**The Defendant's claim that he finally provided the requested evidence is a lie.**

1. The Defendant claims that he has finally complied with my requests for evidence. This is a lie.

2. First of all, the files he sent me do not actually provide the evidence I requested all those weeks ago. For example, he sent me some sort of file that he claims were his bank statements from the past two years. However, when I open the file, it is complete jibberish. See **Exhibit A**. I can't get any useful information about his financial status or financial history from that.

3. Then there are the tax returns. He says he's provided them, but the documents he provided me do not look at all like a tax return. Here is a link to a lawyer's website explaining what federal tax returns look like: https://www.stancatilawpc.com/post/what-do-my-actual-tax-returns-look-like.

4. From that page, we can clearly see that federal tax returns look like this:



5.      The documents the Defendant has provided to me do not look anything like that. In fact, they appear to be text-only documents which he could very easily have just typed up himself in MS Word. They do not contain his signature, nor do they bear any mark that suggests that they have been authenticated or accepted by any IRS agent. Moreover, two of the three documents he provided to me do not even disclose any information regarding his adjusted gross income, taxable income, or anything else that the tax returns are supposed to show!

6.      Therefore, the Defendant has not actually provided me with anything that I actually asked him for, and should be penalized accordingly.

**The Defendant still has not even arguably complied with the majority of my requests for evidence.**

7.      Not only are his responses to my initial requests for evidence incomplete in and of themselves, but they don't even reply to half of the stuff I asked him for.

8.      For starters, I also asked him for (A) his complete employment history, (B) the profile of the other person from Everett, Washington that he said was the real Jarrod Jones who made $150k-$175k per year, which was wrongfully attributed to his Spokeo account. See **Exhibit B**.

9.      When I confronted him about this, Jarrod Jones had the audacity to gaslight me and say there was no such city as Everett, Washington! See **Exhibit C**. I know this is false; there's a Wikipedia article on the city. See https://en.wikipedia.org/wiki/Everett,_Washington. In fact, even the city government has a website: See https://www.everettwa.gov/. So his nakedly transparent attempts at gaslighting me should, alone, be grounds for contempt of court.

10.     We must remember that the reason I asked for this information is because, during the mediation, Jarrod Jones specifically said there was another Jarrod Jones *in Everett* (he even mentioned that city, specifically) who is the one who actually makes six figure income. Moreover, the way he said it suggested that he already knew exactly who he was talking about.

11.     Remember: As I said in the original Motion for Liquidated Damages (ECF 79), Magistrate Judge Kewalramani is a witness to this fact. So it is futile for the Defendant to attempt to deny making that representation.

12.     So when Jarrod Jones fails to provide this requested proof, it should be taken as an indication that he just made that up, and that the six figure income reported by Spokeo is indeed correctly attributed to him.

13.     Also, he still hasn't provided me with a list of his past and present employers, at all. Nothing that is even arguably in response to that request.

14.     Speaking of his employers, remember that, in my Second Supplement to Motion for Liquidated Damages (ECF 88), ¶ 8, I explained that I had sent a request for verification to WIS International, and even asked Jarrod Jones to tell his employer to reply to my correspondence, but I have not received any response from WIS confirming that Jarrod Jones does indeed work

for them. That remains true. WIS International's HR department has indeed still not responded, despite me asking Jarrod to ensure they do.

15. Barring all of that, he still hasn't provided me with the evidence I requested, proving that he actually sent the requests to the IRS and his bank. This was designed to prove that he hasn't actually been spending all this time carefully forging the evidence he was ultimately going to send me.

16. It's similar to how, on a dating app, I typically ask my matches to *immediately* send a video selfie saying a sentence that I dictate. In the latter scenario, the immediacy is essential because, if she takes more than a minute or two to create the video, she could just as easily have used generative AI to create a deepfake, which means she was a catfisher. So when I match someone on dating apps, I typically give her a sentence to say, and then I expect her to *immediately* create a video where she looks into the camera and says that sentence. The immediacy is essential in that case, since that's the biggest assurance that the video selfie she sends me isn't a deepfake.

17. Along that same vein, the Defendant took an unreasonable amount of time getting these simple documents to me. In an attempt to give him the benefit of the doubt and assume he wasn't working to create authentic-looking forged documents, I asked him to provide proof (with his social security number redacted, of course) that he had in fact sent these requests to the IRS and his bank.

18. He has utterly refused to provide this evidence at every turn, even when I suggested that he redact his social security number (the one reason he has given to me for why he doesn't want to provide me with this proof). All the time he claims he has spent being given the run-around by the IRS and his bank? All of that was a lie. He never actually sent anything to them and he never actually got anything back from them. All this time was instead spent painstakingly creating fake files proof. It's just that it takes time for him to make things that look real.

19. Bear in mind that he is contractually obligated to provide "all reasonable cooperation" in my investigations. So if I request proof that he has submitted these correspondences, he is required to provide them. It's as simple as that. It doesn't matter if he felt I was being incessant or nagging him. I asked for it; therefore, he must give it. Period.

20.	Since he has not given it, it should be presumed that he in fact does not have it, and that he was indeed lying this whole time. Just like when a woman on a dating app either does not agree to do the immediate video selfie, or initially agrees but then takes ten minutes to reply to it with a possible AI-generated deepfake, I naturally assume she is a catfisher, so too should we assume that Jones was faking these reports this entire time, and that's why he refuses to provide any documentation that he ever requested anything from the IRS or his bank.

**What little documentation he has provided shows glaring inconsistencies.**

21.	Even with what little table scraps of evidence he has already provided, I can still see some glaring inconsistencies. For starters, while his 2019 tax return shows that he has adjusted gross income of $11,112, it says he doesn't have any taxable income. See **Exhibit D**. But that doesn't make any sense. According to the 2019 tax brackets, taxable income for a single filer should begin once he starts making $9,700 for that year. See www.bankrate.com/taxes/2019-tax-bracket-rates/. This is all the more reason why he should have been required to provide his *entire* income tax returns, like what I showed above in between ¶ 4 and ¶ 5. That would have listed, not only his total income, but also his deductions, and explain in detail exactly how he reached the conclusions he reached, like a student's math test where he shows his work rather than just states the answers to the math problems.

22.	Granted, according to that bankrate.com link, he would be considered to be in the 0% taxable income bracket if he were filing as a "head of household." When he provided me with that singular pay stub I mentioned in ECF 88, it did say he was filing as a head of household. However, when I brought that to his attention, he admitted that was incorrect, but insisted that it was his employer, not him, who made that mistake, and that he would educate his boss of this mistake at his earliest convenience. However, if he were filing his own tax returns and listed himself as head of household, he cannot claim plausible deniability for this erroneous filing status. One way or another, he is lying on his taxes, committing tax fraud. At that point, even if he is not liable to me for liquidated damages, he still deserves to be referred to federal law enforcement for potential tax fraud charges.

23.	Even barring that, the things he provided to me (whatever they're called, if they even are

from the IRS) have another glaring flaw: The "things" for the 2020 and 2021 years do not show any adjustable gross income or taxable income whatsoever. They don't even say 0.00; these sections are literally just left blank! See **Exhibit E** and **Exhibit F**!

24.     This creates a very high probability that they aren't from the IRS at all. Why would the IRS leave blank the single most important part of these papers, the whole reason these papers supposedly exist for in the first place (to provide proof of income over the years to third parties). Either that, or he redacted that information ... which is in itself a hideous offense that is worthy of holding him liable for liquidated damages all on its own, independent of his other multitude of failures to cooperate.

25.     Either way, his alleged response to my request to see his tax returns do not show the one thing they were supposed to show: His income for those years. Therefore, the Court should find that he still has not reasonably cooperated with my investigation.

26.     Last but not least, there is the fact that Jarrod Jones admits that he never filed any income tax returns at all for the years of 2018, 2022, and 2023 (see Exhibits D, E, and F). This, of course, begs the question: Why not? As I demonstrated in ECF 79, Page 8, he clearly reports that he had some income from those years. Maybe you could make the argument that his income was so low that there was no need to file a tax return since it was a foregone conclusion that he wasn't going to have to pay any taxes. But then, that only holds true for the years of 2018 and 2023. In the year 2022, he claims he had even more income than he had in 2019, so if he had to file one in 2019, he should have to file one in 2022 as well. And even then, why did he file his taxes in 2021 when he also earned so little that he wouldn't even be in the lowest income tax bracket?

27.     All the more reason why the Court should not only award me liquidated damages since he is very clearly lying, but also refer him to the IRS for potential tax crimes.

**Conclusion**

28.     In conclusion, nothing Jarrod Jones has done has actively proven anything. He takes forever to get even small bits of evidence to me, evidence that he could very easily have forged, actively refuses to provide me with proof of his efforts to obtain it, and even in the rare even he does provide some table scraps of evidence, the few pieces of evidence he does provide have

glaring flaws in them that heavily suggest he's lying.

29.     Wherefore, premises considered, I respectfully pray that the Defendant be held liable for liquidated damages.

So requested on this, the 18th day of August, 2024.

*[signature]*
David Stebbins (pro se)

EXHIBIT A



# EXHIBIT B

Requests for proof of net worth                                                                                        Acerthorn/Imperial...

**Acerthorn**                                                                                                          Thu, Jul 25 at 1:58 PM
From: acerthorn@yahoo.com
To: Jarrod stangranch.com

Jarrod,

Here is my first batch of requests for you to prove your net worth:

- Past five years tax returns
- Past two years bank statements
- You said there was a guy in Everette WA with a similar name to you. Please tell me his full name, address, email address, and phone number for that man, so I can verify him.
- Every place you have worked for the past ten years, the dates of those employments, and the incomes earned

# EXHIBIT C



Re: Requests for proof of net worth

**jarrod stangranch.com**
From: jarrod@stangranch.com
To: Acerthorn

Fri, Aug 16 at 9:12 PM

Similar named Jarrod Jones in my area.

There is no town or city in Washington state named Everette.

You are asking me for information for a person in a place that does not exist.

> **From:** Acerthorn <acerthorn@yahoo.com>
> **Sent:** Friday, August 16, 2024 5:34 PM
> **To:** jarrod stangranch.com <jarrod@stangranch.com>
> **Subject:** Re: Requests for proof of net worth
>
> Oh my god, you completely forgot why I wanted to learn about the other Jarrod Jones, didn't you?!

# EXHIBIT D



# EXHIBIT E



# EXHIBIT F

