FILED
CLERK, U.S. DISTRICT COURT
10/06/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

David Stebbins (pro se Plaintiff)  123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                     acerthorn@yahoo.com

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                      Case 8:24-cv-01486-JVS-KES

JARROD JONES                                                 DEFENDANTS

## MOTION FOR CONTEMPT OF COURT

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Defendant Jarrod Jones to be held in contempt of court for his failure to make payments pursuant to the settlement agreement.

1. On July 25, 2024, the Defendant and I entered a settlement agreement. See Dkt. 78. One of the conditions of this settlement agreement is that the Defendant agrees to pay me eighteen (18) monthly payments of $100 each, beginning on September 5, 2024, with each payment due on the 5th day of each month. See Dkt. 78, in the final paragraph of Page 1.

2. Jones and I agreed that he would use paypal to pay me. See **Exhibit A**. He made the first payment (due September 5, 2024) on time. See **Exhibit B**. I also would have accepted a check being mailed to me.

3. However, the deadline for his October 2024 payment was due on Saturday, October 5, 2024. It is now October 6, 2024, and I have received neither a paypal payment from him, nor have I found a check from him in my mailbox. See **Exhibit C**.

4. During the settlement conference, I asked Magistrate Judge Kewalramani "What happens if he misses a payment?" He explained to me that, if he misses a payment, he will be held in contempt of court unless he can show cause why he should not be so held. See **Exhibit C**.

5. I therefore ask that Jarrod Jones be held in contempt of court.

6. I can't find the statute at the moment, but I remember reading a federal statute that said that the maximum fine for civil contempt of court is $1,000, which can be paid either to the Court or to the opposing party. Since the contempt in this case is to protect me against him

defaulting on his settlement payments, the $1,000 fine should be paid to me.

7.     Wherefore, premises considered, I respectfully pray that the Court hold the Defendant in contempt of court.

So requested on this, the 6th day of October, 2024.

/s/ David Stebbins
David Stebbins (pro se)