David Stebbins (pro se Plaintiff)  123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947  acerthorn@yahoo.com

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                        PLAINTIFF

VS.                              Case 8:24-cv-01486-JVS-KES

JARROD JONES                                           DEFENDANTS

**SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT**

  Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Supplemental Brief in Support of my Motion to Enforce Settlement in the above-styled action.

1. I have recently learned about something that courts sometimes do, that I believe would be a reasonable and acceptable method for making payments from now until the settlement is completed. Whether this court is willing to do this is a different story, but I've heard that some courts do this.

2. That method is thus:

- The Court itself would set up an account to facilitate the payments.
- I would then file, under seal, a statement giving the Court my bank account information. Since it is under seal, neither the Defendant nor the general public would be able to see it.
- Jones would then pay $100 per month into that account, per the settlement agreement.
- Once Jones makes the payment, it would then be sent to me.
- I would not have to pay any fees to receive the payments pursuant to this method.

3. If all of the above conditions were met (including, and especially, the part about my bank information being filed under seal), I would accept being paid under those conditions.

  So notified on this, the 29th day of November, 2024.

_/s/ David Stebbins_
David Stebbins (pro se)