FILED
CLERK, U.S. DISTRICT COURT
DEC 15, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___PD___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

David Stebbins (pro se Plaintiff)  123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947  acerthorn@yahoo.com

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                          PLAINTIFF

VS.                          Case 8:24-cv-01486-JVS-KES

JARROD JONES                                             DEFENDANTS

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
## TO ORDER TO SHOW CAUSE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to Respond to the Order to Show Cause.

1. I filed an objection to the magistrate judge's order alongside this motion. If the objection is granted by the district judge, that would singlehandedly kill the magistrate judge's attempts to impose sanctions on me, rendering my response unnecessary.

2. Therefore, I ask that the Court stay the deadline to respond to the show-cause order indefinitely. Once the objection is properly disposed of, I ask that the magistrate judge set a new deadline, if appropriate, for responding to the show-cause order.

So requested on this, the 15th day of December, 2024.

_David Stebbins_ (signature)
David Stebbins (pro se)