**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

| | |
|---|---|
| Case No. 8:24-cv-01486-JVS-KES | Date: December 17, 2024 |

Title: DAVID A. STEBBINS v. JARROD JONES

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| Maria Barr for Jazmin Dorado | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   Order GRANTING Plaintiff's Request for an Extension of Time to Respond to the Order to Show Cause (Dkt. 114)

The Court GRANTS Plaintiff's request for an extension of time to respond to the order to show cause ("OSC"). (Dkt. 114.) The new deadline shall be **January 30, 2025**. The magistrate judge may extend this deadline further depending on when the district judge rules on Plaintiff's objections to the OSC. (Dkt. 113.)

Initials of Deputy Clerk: mba