| | |
|---|---|
| David Stebbins (pro se Plaintiff) | 123 W. Ridge Ave., APT D, Harrison, AR 72601 |
| (870) 212-4947 | acerthorn@yahoo.com |

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                               PLAINTIFF

VS.                                    Case 8:24-cv-01486-JVS-KES

JARROD JONES                                                 DEFENDANTS

## SECOND MOTION FOR EXTENSION OF TIME TO
## RESPOND TO ORDER TO SHOW CAUSE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to Respond to Order to Show Cause in the above-styled action.

1. I currently have until January 30, 2025 to respond to the order to show cause. See ECF 115.

2. I have filed a motion to appoint counsel for purposes of filing this response. See ECF 117.

3. The decision on that motion will greatly affect my legal rights in the immediate issue in axiomatic ways.

4. Therefore, I ask that the deadline to respond to the order to show cause be extended, potentially indefinitely, until the motion to appoint counsel is ruled on.

So requested on this, the 30th day of December, 2024.

                                                                        /s/ David Stebbins

                                                                        David Stebbins (pro se)