|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | JAN 27 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DAVID ANTHONY STEBBINS,

        Plaintiff-ctr-defendant - Appellant,

  v.

JARROD JONES,

        Defendant-ctr-claimant - Appellee.

No. 25-224

D.C. No. 8:24-cv-01486-JVS-KES
Central District of California, Santa Ana

ORDER

Before: PAEZ, BYBEE, and MILLER, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**