David Stebbins (pro se Plaintiff)  123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947  acerthorn@yahoo.com

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                            Case 8:24-cv-01486-JVS-KES

JARROD JONES                                                 DEFENDANTS

### NOTICE OF UPDATE AND MOTION TO CONTINUE
### STAY PENDING APPEAL TO THE SUPREME COURT

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Update to the Proceedings and Motion to Continue Stay Pending Appeal to the Supreme Court in the above-styled action.

**Update on Appeal**

1. The Court has instructed me to keep it posted whenever the court of appeals issues its final decision. Well, on May 28, 2025, they denied my petition for panel and en banc rehearing. I now have until August 26, 2025 to appeal to the Supreme Court.

**Motion to Continue Stay**

2. I intend to file a Petition for Writ of Certiorari to the Supreme Court. I will have 90 days to do so. The deadline is August 26, 2025.

3. I respectfully ask that the Court continue its stay (which it issued in ECF 122) until my options at the Supreme Court have been fully and finally exhausted, whether that be by me not filing the Petition in time, the petition getting denied, or the petition being granted and the Supreme Court issuing a final decision.

4. I also respectfully ask that, just like last time, the $100/mo settlement payments be exempted from this stay.

So requested on this, the 29th day of May, 2025.

/s/ David Stebbins
_____
David Stebbins (pro se)