| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 5 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| Mr. DAVID ANTHONY STEBBINS,<br><br>       Plaintiff-ctr-defendant - Appellant,<br><br> v.<br><br>JARROD JONES,<br><br>       Defendant-ctr-claimant - Appellee. | No. 25-224<br><br>D.C. No.<br>8:24-cv-01486-JVS-KES<br><br>Central District of California, Santa Ana<br><br>MANDATE |

The judgment of this Court, entered January 27, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT