# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

Case No. 8:24-cv-01486-JVS-KESx　　　　　　　　　　　　　　　　　　　Date: June 6, 2025

Title: DAVID A. STEBBINS v. CMDR IMPERIALSALT, et al.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PETITIONER/PLAINTIFF: | ATTORNEYS PRESENT FOR RESPONDENTS/DEFENDANTS: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**　　Order Setting New Deadline to Show Cause

　　On June 4, 2025, the district judge denied a motion by Plaintiff David Stebbins ("Plaintiff") seeking to extend the stay. (Dkt. 126.) The district judge instructed, "The Magistrate Judge shall set a new deadline for the OSC previously set for January 30, 2025." (Id.) Accordingly, the magistrate judge hereby sets **July 31, 2025**, as Plaintiff's new deadline to respond to the Order to Show Cause at Dkt. 112.

　　Specifically, Plaintiff should show cause in writing, if any he has, why he should not be sanctioned $1,500 for filing a motion (Dkt. 106) based on false claims that PayPal had deducted fees from Defendant Jarrod Jones's monthly settlement payments.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk jd